UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY MALDONADO, *as the Administrix of the Estate of Jonathan Maldonado*,

                Plaintiff,

-v-

TOWN OF GREENBURGH, *et al.*,

                Defendants.

No. 18-CV-11077 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons explained on the record at Oral Argument on October 21, 2020, Town of Greenburgh's Motion for Protective Order is denied. The Clerk of Court is respectfully directed to terminate the pending Motion. (Dkt. No. 117.)

SO ORDERED.

Dated: October 22, 2020
       White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge