**NEWMAN FERRARA LLP**

1250 Broadway, 27th Fl., New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

**MEMO ENDORSED**

January 8, 2021

*VIA ECF*
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Maldonado v. Town of Greenburgh*
18-cv-11077

Your Honor:

Counsel for all parties request that the Court adjourn the status conference currently scheduled for January 12, 2021, as discovery is ongoing.

Additionally, counsel jointly request that the conference be rescheduled for any of the following dates: April 19, 21 or 23 at any time that the Court has available.

Thank you for your consideration of our requests.

Respectfully submitted,

NEWMAN FERRARA LLP

/s/

Randolph M. McLaughlin
Debra S. Cohen
*Counsel for Plaintiff*

cc: All counsel via ECF

Granted. The Court will hold a conference on April 21, 2021 at 2:00pm

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/11/2021