UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Maldonado,

               Plaintiff,                             18 Civ. 11077 (KMK)(AEK)

   -against-                                      **CANCELLATION ORDER**

Town of Greenburgh, et al.,

               Defendants.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of the letter received today from Plaintiff's counsel, *see* ECF No. 143, the telephonic conference scheduled for **Friday**, **March 26, 2021**, at **9:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**, as it does not appear that there will be any discovery dispute for the Court to resolve at that time.

      Because the parties appear to be on track to complete discovery by the March 31, 2021 deadline, *see* ECF No. 137, this conference will not be rescheduled. If it turns out that there are any remaining discovery issues, the parties are directed to contact the undersigned by letter no later than April 7, 2021, which will allow time to address those final issues before the parties' April 21, 2021 conference with Judge Karas.

Dated: March 18, 2021
       White Plains, New York

                                                             **SO ORDERED.**

                                                         ANDREW E. KRAUSE
                                                        United States Magistrate Judge