UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Maldonado,

                   Plaintiff,                   **ORDER**

   -against-                  18 Civ. 11077 (KMK)(AEK)

Town of Greenburgh, et al.,

                 Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court hereby sets the following briefing schedule for the Plaintiff's motion to reopen discovery and the Defendants' motion to preclude:

- The moving papers for both motions are to be served and filed by no later than **June 10, 2021**; and

- The responsive papers for both motions are to be served and filed by no later than **July 30, 2021**.

The parties' memoranda of law are limited to 15 pages for each filing.

Dated: April 22, 2021
       White Plains, New York

                                    **SO ORDERED.**

                                    _____
                                    ANDREW E. KRAUSE
                                    United States Magistrate Judge