UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NANCY MALDONADO, *as the Administratrix*
*of the Estate of Jonathan Maldonado*,

       Plaintiff,      **ORDER**

   -against-         18-cv-11077 (KMK) (AEK)

TOWN OF GREENBURGH, *et al.*,

       Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

  On April 14, 2022, Defendants jointly filed objections pursuant to Rule 72 of the Federal Rules of Civil Procedure, *see* ECF No. 175, to the Court's March 31, 2022 Decision and Order (the "Decision") regarding Defendants' motion to preclude and Plaintiff's motion to reopen discovery.

  As set forth in the Decision, because Defendants have filed objections, the deadlines set forth in the penultimate paragraph of the Decision are hereby stayed, and the status conference scheduled for May 6, 2022 is ADJOURNED *sine die*. See ECF No. 174 at 18-19.

Dated: April 19, 2022
    White Plains, New York

                **SO ORDERED.**

                _____
                ANDREW E. KRAUSE
                United States Magistrate Judge