UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NANCY MALDONADO, *as the Administratrix
of the Estate of Jonathan Maldonado*,

                                Plaintiff,                        **ORDER**

                  -against-                                   18 Civ. 11077 (KMK) (AEK)

TOWN OF GREENBURGH, *et al.*,

                                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As discussed at the status conference earlier today, Dr. Sayegh's apparent evasiveness and lack of cooperation in response to a judicially authorized subpoena is unacceptable. The orders of the Court are not mere suggestions, and further non-compliance with Court orders could result in severe sanctions for Dr. Sayegh, including the possibility that the Court may authorize the issuance of an arrest warrant for Dr. Sayegh for contempt of court, to be executed promptly by the United States Marshals Service. If Dr. Sayegh simply complies with the subpoena by producing any responsive documents and by sitting for the completion of his deposition, there will be no need for such extreme measures, or for any sanctions at all. By the time the parties report back to the Court as directed on February 17, 2023, the Court sincerely hopes that there will be a plan in place for completion of Dr. Sayegh's deposition. If not, all potential sanctions will have to be considered.

Dated: February 2, 2023
       White Plains, New York                        **SO ORDERED.**

                                                           _____
                                                            ANDREW E. KRAUSE
                                                            United States Magistrate Judge