MEMO ENDORSED



**mdafp**
MORRIS DUFFY ALONSO FALEY & PITCOFF

101 GREENWICH STREET
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

June 21, 2023

**VIA: ECF**
Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    **MALDONADO v. TOWN OF GREENBURGH, et al.**
              18-cv-11077 (KMK)(LMS)
              Our File No.: (TRI) 69938

Dear Judge Karas:

    As the Court is aware, the undersigned represents the defendant, Town of Greenburgh, in the above-referenced matter.

    At this time, the defendant writes to request an adjournment of the status conference currently scheduled for July 5, 2023. This adjournment is being requested, as the undersigned will be on a pre-planned vacation during that time. All parties have consented to this adjournment.

    Thank you for your time and attention to this matter.

Granted.

The conference is adjourned to 7/20/23, at 2:00

So Ordered.
/s/
6/21/23

*cc: all parties via ECF*

Respectfully submitted,
*Kenneth E. Pitcoff*
KENNETH E. PITCOFF