

101 GREENWICH STREET
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

October 7, 2025

**VIA ECF**
Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **MALDONADO v. TOWN OF GREENBURGH, et al.**
               18-cv-11077 (KMK)(LMS)

Dear Judge Karas:

    The undersigned represents the defendant, Town of Greenburgh, in the above-referenced matter. At this time, the undersigned writes, with the consent of all parties, to adjourn the status conference presently scheduled for October 15, 2025. This is the first request for an adjournment of this conference.

    On October 3, 2025, the parties appeared for a settlement conference before Judge Krause and are going to continue that conference on October 16, 2025. Therefore, the parties are requesting that the status conference be adjourned to a date after October 16th.

    Thank you for your time and attention to this matter.

Granted. The 10/15/25 conference is adjourned to 11/12/25, at 2:00 Via Teleconference
So Ordered.
10/7/25

Respectfully submitted,
*Cristina A. Soller*
CRISTINA A. SOLLER

cc: *all parties via ECF*