

**MORRIS DUFFY ALONSO FALEY & PITCOFF**

101 GREENWICH STREET
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

October 20, 2025

**VIA ECF**
Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   **MALDONADO v. TOWN OF GREENBURGH, et al.**
      18-cv-11077 (KMK)(LMS)

Dear Judge Karas:

The undersigned represents the defendant, Town of Greenburgh, in the above-referenced matter. At this time, the undersigned writes, with the consent of all parties, to adjourn the status conference presently scheduled for November 12, 2025. This is the second request for an adjournment of this conference.

On October 3, 2025 and October 16, 2025, the parties appeared for settlement conferences before Judge Krause and now have a third conference scheduled for November 21, 2025. Therefore, the parties are requesting that the status conference be adjourned to a date after November 21, 2025.

Thank you for your time and attention to this matter.

Respectfully submitted,
*Cristina A. Soller*
CRISTINA A. SOLLER

cc: all parties via ECF

Granted. The Court will hold a conference on 12/9/25 at 10:00 AM

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

10/21/2025