

MORRIS DUFFY ALONSO FALEY & PITCOFF

101 GREENWICH STREET
NEW YORK, NEW YORK10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

December 3, 2025

**VIA ECF**
Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:    **MALDONADO v. TOWN OF GREENBURGH, et al.**
18-cv-11077 (KMK)(LMS)

Dear Judge Karas:

The undersigned represents the defendant, Town of Greenburgh, in the above-referenced matter. At this time, the undersigned writes, with the consent of all parties, to adjourn the status conference presently scheduled for December 9, 2025. This is the third request for an adjournment of this conference.

On October 3, 2025, October 16, 2025, and November 21, 2025, the parties appeared for settlement conferences before Judge Krause. An additional settlement conference has now been scheduled for December 12, 2025. Therefore, the parties are requesting that the status conference be adjourned to a date after December 12, 2025, and preferably, to a date in late January. If the matter does settle, this will allow for time for the Town to approve the settlement.

Thank you for your time and attention to this matter.

Granted. The Parties are to provide a status report by 12/19/25.

So Ordered

12/3/25
*cc: all parties via ECF*

Respectfully submitted,
Cristina A. Soller
CRISTINA A. SOLLER