UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NANCY MALDONADO, etc.,

                              Plaintiff,

        -against-                                                18-cv-11077 (LAK)

TOWN OF GREENBURGH, et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/26

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court today conducted a Rule 16 conference with counsel.  In light of the discussion, it is hereby

        ORDERED, as follows:

        1.      The case will be tried in Foley Square commencing at 9:30 a.m. on January 5, 2027.

        3.      The parties shall submit a joint pretrial order in the form attached to the individual practices of the undersigned on or before June 30, 2026.

        4.      Any *in limine* motions shall be filed on or before July 30, 2026.  Responses thereto and replies in support thereof shall be filed on or before August 21 and August 28, 2026, respectively.

        5.      Any proposed *voir dire* questions shall be filed no later than October 15, 2026.

        6.      The Court's practice is to take special rather than general verdicts in civil jury cases. The parties are urged to agree on a proposed form of special verdict. Any agreed proposed verdict form or, in default of complete agreement, the respective proposals of the parties shall be filed no later than October 15, 2026.

        7.      Any requests to charge shall be filed no later than November 12, 2026.

        SO ORDERED.

Dated:          April 28, 2026

                                                _____
                                                Lewis A. Kaplan
                                                United States District Judge