Case 7:18-cv-11077-LAK Document 277 Filed 07/08/26 Page 1 of 1

mdafp
MORRIS DUFFY ALONSO FALEY & PITCOFF

101 Greenwich Street, 22 Fl.
New York, NY 10006
t. 212.766.1888
f. 212.766.3252
www.mdafny.com

July 8, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2026

***via ECF***
The Honorable Lewis F. Kaplan
United State District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: ***Maldonado v. Town of Greenburgh, et al.***
Case No.: 18-cv-11077 (LFK)
Our File No.: TRI 69938

Dear Judge Kaplan:

Your undersigned represents the Town of Greenburgh in the above-captioned action. At this time, the defendants write, with the consent of the plaintiff, to request that the deadline for the joint pre-trial order (currently, July 13, 2026) and for motions *in limine* (currently, July 30, 2026) be extended by one week. This would make the joint pre-trial order due by July 20, 2026, and motions *in limine* due by August 6, 2026.

This is the second request for an extension of the deadline for the joint pre-trial order. The first request was submitted by plaintiff and was granted. This is the first request for an extension of the deadline for motions *in limine*. The reason for the request is that the parties are still conferring regarding the joint pre-trial order and need additional time to do so.

Thank you for your time and consideration to this request.

Respectfully submitted,
*Cristina A. Soller*
CRISTINA A. SOLLER

**Granted**

**SO ORDERED**

**LEWIS A. KAPLAN, USDJ**
**Dated: July 10, 2026**