mdafp
MORRIS DUFFY ALONSO FALEY & PITCOFF

101 Greenwich Street, 22 Fl.
New York, NY 10006
t. 212.766.1888
f. 212.766.3252
www.mdafny.com

August 4, 2026

***via ECF***
The Honorable Lewis F. Kaplan
United State District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/05/2026

Re: ***Maldonado v. Town of Greenburgh, et al.***
Case No.: 18-cv-11077 (LFK)
Our File No.: TRI 69938

Dear Judge Kaplan:

Your undersigned represents the Town of Greenburgh in the above-captioned action. At this time, the defendants write to request leave to file certain exhibits to their Motions *in Limine* under seal. Thomas Troetti, the attorney representing the individual police officer defendants, joins in this request.

Specifically, there is one motion which seeks to preclude Defendant-Officer Lara's medical treatment following the subject incident, which included a discussion with a psychiatrist. Officer Lara's medical condition is not in issue in this case, and thus, his medical treatment following the incident is immaterial to this matter and is therefore privileged. Where a defendant's or non-party's medical condition is not in issue, there is no basis for inferring a waiver of any privilege. See Doe v. Smith, 2000 U.S. Dist. LEXIS 22321, at *4-7 (E.D.N.Y. Apr. 27, 2000).

In support of this motion, the defendants will need to attach Officer Lara's medical records and his confidential deposition testimony related to his treatment. In accordance with Your Honor's Rules, these documents will be filed under seal under separate cover for the Court's review. However, because Officer Lara's medical condition is not in issue, these medical records and his testimony regarding the same are privileged and should remain confidential. As such, the defendants respectfully request an order permitting them to file the exhibits related to this motion *in limine*, specifically, Officer Lara's medical records and his testimony related to his medical treatment, under seal when the motions *in limine* are filed.

Thank you for your time and consideration to this matter.

**Memorandum Endorsement**

**Granted.**

**/s/ Lewis A. Kaplan**
**Hon. Lewis A. Kaplan, USDJ**
**Dated: August 5, 2026**

MORRIS DUFFY ALONSO FALEY & PITCOFF



***The Honorable Lewis F. Kaplan***
***United States District Court***
***Southern District of New York***
***Re: Maldonado v. Town of Greenburgh, et al.***
***Case No.: 18-cv-11077 (LFK)***
***Our File No.: TRI 69938***

Respectfully submitted,
*Cristina A. Soller*
CRISTINA A. SOLLER