Case 7:18-cv-11077-LAK Document 305 Filed 11/10/26 Page 1 of 1

mdafp
MORRIS DUFFY ALONSO FALEY & PITCOFF

101 Greenwich Street, 22 Fl.
New York, NY 10006
t. 212.766.1888
f. 212.766.3252
www.mdafny.com

November 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 11-10-26

***VIA ECF***
The Honorable Lewis F. Kaplan
United State District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: ***Maldonado v. Town of Greenburgh, et al.***
Case No.: 18-cv-11077 (LFK)
Our File No.: TRI 69938

Dear Judge Kaplan:

Your undersigned represents the Town of Greenburgh in the above-captioned action. At this time, the undersigned writes, with the consent of Plaintiff's Counsel, to request an extension of the current deadline for the submission of proposed jury charges. Currently, the deadline is November 12, 2026, and the parties are requesting that the deadline be extended to November 19, 2026. This is the first request for an extension of this deadline, and is being requested as the defendants are working collectively in an effort to submit one set of proposed charges.

Thank you for your time and consideration to this matter.

Respectfully submitted,
*Cristina A. Soller*
CRISTINA A. SOLLER

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/10/26